UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60448-CIV-DIMITROULEAS

MANNY FILM LLC,

    Plaintiff,

vs.

JOSHUA VEGA,

    Defendants.

_____/

## ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT GRANT PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT JOSHUA VEGA

THIS CAUSE is before the Court on Plaintiff Manny Film LLC's Motion for Default Judgment against Defendant Joshua Vega [DE's 23, 24], filed herein on November 9, 2015.

Plaintiff Manny Film LLC commenced this action on March 5, 2015. [DE 1]. On August 31, 2015, Plaintiff filed its Amended Complaint. [DE 13]. Plaintiff served Defendant Joshua Vega on September 24, 2015. However, there is no evidence in the record that Defendant Joshua Vega has yet responded to the Amended Complaint. On October 19, 2015, Plaintiff obtained a Clerk's Default against Defendant Joshua Vega. *See* [DE 22]. On November 9, 2015, Plaintiff filed the instant Motion for Default Judgment against Defendant Joshua Vega [DE's 23, 24].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **November 25, 2015**, Defendant Joshua Vega shall show cause why Plaintiff Manny Film LLC's Motion for Default Judgment against Defendant Joshua Vega [DE's 23, 24] should not be granted;

1

2. A failure to timely respond shall result in the immediate entry of a default judgment in Plaintiff's favor against Defendant Joshua Vega.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of November, 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record

Joshua Vega
4959 SW 5th Court
Margate, FL 33068